IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GREGORY BROWN, | * |
| Plaintiff, | * Civil Action No. RDB-03-167 |
| v. | * |
| ARVINE LORINGS, *et. al.*, | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM OPINION AND ORDER

Pending before this Court is Plaintiff Gregory Brown's ("Plaintiff") Motion to Seal (ECF No. 81), which seeks to seal the entire above-captioned case. Plaintiff's Motion fails to assert any new factual basis on which relief may be granted. For the reasons previously set forth by this Court in its Memorandum Opinion dated November 24, 2014 (ECF No. 79), Plaintiff's Motion to Seal (ECF No. 81) is DENIED.

For these reasons, it is HEREBY ORDERED this 13th day of January, 2015:

1. Plaintiff Gregory Brown's Motion to Seal (ECF No. 81) is DENIED.

2. That the Clerk of the Court transmit copies of this Memorandum Opinion and Order to counsel for the parties; and

3. The Clerk of this Court shall CLOSE this case.

Dated: January 13, 2015

_____
Richard D. Bennett
United States District Judge

1